| | |
|---|---|
| 1 | Jared W. Beilke (State Bar No. 195698) |
|   | Sadhana Ghimire (State Bar No. 332770) |
| 2 | JML LAW |
|   | A Professional Law Corporation |
| 3 | 5855 Topanga Canyon Boulevard, Suite 300 |
|   | Woodland Hills, California 91367-4620 |
| 4 | Telephone: (818) 610-8800 |
|   | Facsimile: (818) 610-3030 |
| 5 | E-mail: jared@jmllaw.com |
|   | E-mail: sadhana@jmllaw.com |

Attorneys for Plaintiff
RICHARD TRAN

Harold R. Jones (State Bar No. 209266)
Julianna Bramwell (State Bar No. 339794)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Harold.Jones@jacksonlewis.com
E-mail: Julianna.Bramwell@jacksonlewis.com

Attorneys for Defendant
INTREN, LLC erroneously sued
herein as INTREN, LLC, dba INTREN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRAN, an individual, | **Case No. 3:23-cv-02750-MMC** |
| Plaintiff, | (Contra Costa County Superior Court Case No. C23-00953) |
| vs. | **ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| INTREN, LLC, dba INTREN, INC, an Illinois Corporation; and, DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed: April 26, 2023 |

[~~PROPOSED~~] ORDER

The Parties having stipulated, IT IS HEREBY ORDERED that the entire action be dismissed with prejudice.

DATED: December 7, 2023

_____
The Honorable MAXINE M. CHESNEY

4869-8463-5285, v. 1